THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HORACE L. BARTINDALE, Appellant.

Submitted October 9, 1940; decided November 13, 1940.

*Irving I. Erdheim* and *Frank I. Tashker* for appellant.

*George V. Dorsey, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.